# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 2:19 CV-12001

**Plaintiff:**
**EXPRESS FREIGHT SYSTEMS INC.**

vs.

**Defendant:**
**YMB ENTERPRISES INC., ET AL**

For:
Jonathan M. Ettman

Received by STATUS, L.L.C. to be served on **JOEL MENDLOVIC, 563 FLUSHING AVE, BROOKLYN, NY 11206**.

I, Donald Deprete #1341639, do hereby affirm that on the **9th day of May, 2019** at **1:42 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons In A Civil Case, Complaint, Jury Demand and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **ZEVY KATZ** as **HOUSEHOLD MEMBER/CO-RESIDENT** at the address of: **563 FLUSHING AVE, BROOKLYN, NY 11206**, the within named person's usual place of **Abode**, who resides therein, who is fourteen (14) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: M, Race/Skin Color: WHITE, Height: 5'7", Weight: 170, Hair: BROWN, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

_[signature]_
Donald Deprete #1341639

STATUS, L.L.C.
1509 Stuyvesant Avenue
Union, NJ 07083
(908) 688-1414

Our Job Serial Number: STS-2019019685
Ref: NA
Service Fee: _____

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n