# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New Jersey

Case Number: 2:19 CV-12001

Plaintiff:
**EXPRESS FREIGHT SYSTEMS INC.**

vs.

Defendant:
**YMB ENTERPRISES INC., ET AL**

For:
Jonathan M. Ettman

Received by STATUS, L.L.C. to be served on **YMB ENTERPRISES INC., 563 FLUSHING AVE, BROOKLYN, NY 11206**.

I, Donald Deprete #1341639, do hereby affirm that on the **9th day of May, 2019** at **1:42 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Case, Complaint, Jury Demand and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **JOEL MENDLOVIC** as **AGENT/AUHTORIZED AGENT** for **YMB ENTERPRISES INC.**, at the address of: **563 FLUSHING AVE, BROOKLYN, NY 11206**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: M, Race/Skin Color: WHITE, Height: 5'7", Weight: 170, Hair: BROWN, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

*[signature]*
Donald Deprete #1341639

STATUS, L.L.C.
1509 Stuyvesant Avenue
Union, NJ 07083
(908) 688-1414

Our Job Serial Number: STS-2019019684
Ref: NA
Service Fee: _____

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n