LAW OFFICES OF
LAWRENCE KATZ

70 East Sunrise Highway

SUITE 500

VALLEY STREAM, NEW YORK 1I581

lkatz@lawkatz.com

| TELEPHONE | FAX |
|---|---|
| (516) 374-2118 | (516) 544-8878 |

Honorable Judge Leda D. Wettre
United States District Court for the District of New Jersey
50 Walnut Street 5D
Newark, NJ 07101

October 7, 2019

**Re: *Express Freight v. YMB Enterprises Inc. et al*, Case No: 2:19-cv-12001-SDW-LDW**

Honorable Judge Wettre:

    This firm represents Defendants, YMB Enterprises Inc. and Joel Mendlovic ("Defendants").

    By electronic Order, Your Honor scheduled oral argument regarding Defendants' pre-answer motion to dismiss for October 21, 2019 at 2:00 p.m., which is the Jewish holiday of Shemini Atzeret[1] when our office is closed for religious observance.

    Wherefore, Defendants request that the Court set a different date on any afternoon for oral argument.

    We confedered with counsel for Plaintiff who indicated that "Plaintiff only consents to a short adjournment."

                                                Respectfully submitted,

                                                / s / Lawrence Katz

                                                Lawrence Katz

Cc: All counsel of record via ECF

---

[1] Our office will also be closed for upcoming Jewish Holiday of Simchat Torah on October 21-22, 2019.