NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EXPRESS FREIGHT SYSTEMS, INC., | No. 19-12001 (SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| YMP ENTERPRISES, INC., ET AL., | |
| Defendants. | January 6, 2020 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on December 18, 2019 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), (D.E. 27), recommending that Defendants' motion to dismiss this matter for lack of personal jurisdiction be granted and that this matter be transferred to the United States District Court for the Eastern District of New York. No objections were filed to the R&R. This Court has reviewed the reasons set forth by Judge Wettre in the R&R as well as the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre, (D.E. 27), is **ADOPTED** as the conclusions of law of this Court. Defendants' motion to dismiss for lack of personal jurisdiction, (D.E. 15), shall be **GRANTED** and this matter shall be transferred to the United States District Court for the Eastern District of New York.

**SO ORDERED**.

                                                                                        ___/s/ Susan D. Wigenton_____
                                                                                        **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
　　　Leda D. Wettre, U.S.M.J.